**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jorge Alberto SOTO–CASTELO, Defendant—Appellant.**

**No. 09–10097.**

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Dec. 15, 2009.*

Filed Jan. 6, 2010.

Robert A. Bork, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Jorge Alberto Soto–Castelo appeals from the district court's order denying his motion to dismiss the indictment charging him with being an alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Soto–Castelo contends that his prior deportation was invalid because the immigration judge failed to advise him that he might be eligible for "fast-track" voluntary departure under 8 U.S.C. § 1229c(a)(1). Soto–Castelo was not prejudiced by any defect in his prior deportation proceeding. In particular, Soto–Castelo has not demonstrated a plausible ground for relief from deportation, *see United States v. Arrieta,* 224 F.3d 1076, 1079 (9th Cir.2000), because he had a prior aggravated felony conviction, and was therefore barred from receiving voluntary departure, *see United States v. Benitez–Perez,* 367 F.3d 1200, 1204 (9th Cir.2004); *see also Lopez v. Gonzales,* 549 U.S. 47, 52–53, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.